■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM HARRIS, Appellant. [802 NYS2d 635]—Appeal by the de-

fendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered April 6, 2004 convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Adams, J.P., Ritter, Goldstein, Skelos and Dillon, JJ., concur.